No. 78–585. JACKSON SAWMILL CO., INC., ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–592. ST. VINCENT'S MEDICAL CENTER OF RICH-MOND *v.* STATE HUMAN RIGHTS APPEAL BOARD ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 78–594. O'BRIEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–614. CONSTRUCTION & GENERAL LABORERS' UNION LOCAL 1140, AFFILIATED WITH INTERNATIONAL LABORERS' UNION OF NORTH AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 78–615. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–619. GETTY OIL CO. *v.* DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 78–633. LOCAL 102, INTERNATIONAL LADIES' GARMENT WORKERS' UNION *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–639. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 367 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 78–652. PEAT *v.* NATIONAL TRANSPORTATION SAFETY BOARD. C. A. D. C. Cir. Certiorari denied.